with ten dollars costs.  Held, that the moving affidavit fails to show that the examination is necessary to enable the plaintiff to frame a complaint.  All concurred.

William M. Steenman and Others, Appellants, v. Sylvester B. Eagan, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  Held, that the matter stricken from the complaint was proper as an allegation of special damages.   All concurred.

Mary E. Potter, Respondent, v. Fred R. Engert, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

The Seneca Nation of Indians, Respondent, v. George T. Jimeson, Appellant. — Order affirmed, with ten dollars costs and disbursements.   All concurred.

Amasa Hungerford and Another, as Executors, etc., Respondents, v. Clara L. Snow and Another, Respondents.— Motion for reargument denied, with ten dollars costs.

West Canada Lumber Company, Respondent, v. Frederick C. Stevens, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Edward Garvey, Respondent, v. Oldbury Electro-Chemical Company, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Lida E. Carr, Appellant, v. Frank J. Carr, Respondent.— Appeal dismissed, without costs on appellant's default.